# Court of Appeals
# of the State of Georgia

ATLANTA, _November 14, 2024_

*The Court of Appeals hereby passes the following order:*

## A25E0037. GINA FORE v. RICHARD LOWERY PERRYMAN, III, JUDGE et al.

Upon consideration of Appellant's petition for mandamus, the petition is hereby DENIED because it does not meet the requirements of Court of Appeals Rule 40 (c).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _11/14/2024_____

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*